122 A.3d 987

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
SAMEH E. ABUSEIF, DEFENDANT–PETITIONER.

October 9, 2015.

It is ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for an explanation of its findings on the aggravating and mitigating factors, the factual basis supporting each factor found, and the balancing of those factors as required by *State v. Case,* 220 *N.J.* 49, 64–65, 103 *A.*3d 237 (2014) and *State v. Fuentes,* 217 *N.J.* 57, 72–74, 85 *A.*3d 923 (2014). Jurisdiction is not retained.